**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARIO BONILLA-JEFFREY,
Petitioner,
v.
DHS,
Respondent.

Case No.: 3:26-cv-04252-RBM-JAC

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

**[Doc. 7]**

On July 28, 2026, Petitioner Mario Bonilla-Jeffrey ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) The Court then referred the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel. (Doc. 2.) Petitioner, now represented by FDSDI, filed an Amended Petition on August 11, 2026. (Doc. 6.) A week later, the Parties filed a Joint Motion to Stay Proceedings, requesting "that this matter be stayed until August 28, 2026, pending the outcome of Petitioner's bond hearing." (Doc. 7 at 2.)

The Court **GRANTS** the Joint Motion to Stay Proceedings (Doc. 7) and **STAYS** this case. On or before **August 31, 2026**, the Parties **shall file** a Joint Status Report indicating (1) the outcome of Petitioner's bond hearing and (2) the Parties' positions as to whether

the Amended Petition is now moot.

**IT IS SO ORDERED.**

DATE: August 19, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE