**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARIO BONILLA-JEFFREY,
Petitioner,
v.
DHS, et al.,
Respondents.

Case No.: 3:26-cv-04252-RBM-JAC

**ORDER REGARDING JOINT STATUS REPORT**

On July 28, 2026, Petitioner Mario Bonilla-Jeffrey ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) The Court referred the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel. (Doc. 2.) Petitioner, now represented by FDSDI, filed an Amended Petition on August 11, 2026. (Doc. 6.) A week later, the Parties filed, and the Court granted, a Joint Motion to Stay Proceedings, requesting "that this matter be stayed until August 28, 2026, pending the outcome of Petitioner's bond hearing." (Docs. 7, 8.) On August 31, 2026, the Parties filed a Joint Status Report. (Doc. 9.) Respondents argue that the Petition is now moot and that Petitioner must first exhaust administrative remedies before challenging the sufficiency of the bond hearing. (*Id.* at 2–3.) Petitioner "maintain[s] his request to receive a copy of the

audio from the bond hearing . . . and to challenge the underlying bond hearing through standard habeas proceedings, if necessary." (*Id.* at 2.)

The Parties shall continue to work together to ensure that Petitioner receives an audio recording of the bond hearing on or before **September 25, 2026**. Petitioner may file an amended petition regarding the sufficiency of the bond hearing on or before **October 2, 2026**. **If an Amended Petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144**.

If an Amended Petition is filed, the Parties shall ensure that at least one of their briefs includes as an exhibit a transcript of Petitioner's bond hearing. Respondents may, of course, renew their exhaustion argument if an Amended Petition is filed. *See Musheer v. LaRose*, Case No.: 3:26-cv-01780-RBM-MSB, 2026 WL 2041674, at *4 (S.D. Cal. July 14, 2026) (requiring the petitioner to demonstrate that exhaustion should be waived).

**IT IS SO ORDERED.**

DATE: September 1, 2026

HON. RUTH BERMÚDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE