**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARIO BONILLA-JEFFREY,
Petitioner,
v.
DHS, et al.,
Respondents.

Case No.: 3:26-cv-04252-RBM-JAC

**ORDER CLOSING CASE**

On July 28, 2026, Petitioner Mario Bonilla-Jeffrey ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) The Court referred the Petition to Federal Defenders of San Diego, Inc. ("FDSDI"). (Doc. 2.) Petitioner filed an Amended Petition through counsel on August 11, 2026. (Doc. 6.) A week later, the Parties filed, and the Court granted, a Joint Motion to Stay Proceedings, requesting "that this matter be stayed until August 28, 2026, pending the outcome of Petitioner's bond hearing." (Docs. 7, 8.) On August 31, 2026, the Parties filed a Joint Status Report. (Doc. 9.) Respondents argue that the Amended Petition is now moot and that Petitioner must first exhaust administrative remedies before challenging the sufficiency of the bond hearing. (*Id.* at 2–3.) Petitioner "maintain[s] his request to receive a copy of the audio from the bond hearing . . . and to challenge the underlying bond hearing through standard habeas proceedings, if necessary." (*Id.* at 2.)

On September 1, 2026, the Court issued a further Order:

> The Parties shall continue to work together to ensure that Petitioner receives an audio recording of the bond hearing on or before **September 25, 2026**. Petitioner may file an amended petition regarding the sufficiency of the bond hearing on or before **October 2, 2026**. **If an Amended Petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144**.

(Doc. 10 at 2.)

As of October 14, 2026, Petitioner has not filed an Amended Petition. Therefore, the Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATE: October 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE